## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMILCAR GABRIEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 02-CV-187-WDS |
| JIM HAMLIN, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

**STIEHL, District Judge:**

This matter is before the Court for docket control. On October 8, 2008, the Court entered its Order ruling on the objections raised during the deposition of Dr. Lewan. The Court notes that it inadvertently failed to rule on one of the objections. Therefore, the Court **AMENDS** the Memorandum and Order (Doc. 128) as follows:

1. P. 37, l. 24. The question sought an opinion from the witness, to a reasonable degree of medical certainty, as to whether defendant Dr. Ruiz's treatment method caused harm to plaintiff. The objection was to form and relevance. Upon review of the record, the Court **OVERRULES** the objection. The witness is an expert and he may express his medical opinion as to whether plaintiff suffered harm as a result of treatment.

**IT IS SO ORDERED.**

**DATE:** October 10, 2008

                                                          s/ **WILLIAM D. STIEHL**
                                                               **District Judge**