IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| AMILCAR GABRIEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 02-CV-187-WDS |
| | ) |
| JIM HAMLIN, BOB DOERR, ALLEN | ) |
| WISELY, MICHAEL HOLMES, DONALD | ) |
| SNYDER, BRIAN RUIZ, BARBARA | ) |
| COOKSEY, NANCY TUCKER, | ) |
| and WEXFORD HEALTH SERVICES, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This matter is most recently before the court regarding the jury verdict reached in this case on October 28, 2008.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict dated October 28, 2008, judgment is entered in favor of the defendants, **JIM HAMLIN** and **BOB DOERR,** and against the plaintiff, **AMILCAR GABRIEL**, as to Count I of the Amended Complaint.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that also pursuant to the jury verdict dated October 28, 2008, judgment is entered in favor of the plaintiff, **AMILCAR GABRIEL,** and against the defendant, **BRIAN RUIZ,** in the amount of $50,000 for actual or compensatory damages as sought in Count II of the Amended Complaint.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the oral Order of this Court on October 28, 2008, judgment as a matter of law was entered in favor of defendants **ALLEN WISELY** and **WEXFORD HEALTH SERVICES**, and against the plaintiff, **AMILCAR GABRIEL**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated August 12, 2002, judgment is entered in favor of the defendants, **MICHAEL HOLMES, DONALD SNYDER,** and **NANCY TUCKER**, and against the plaintiff, **AMILCAR GABRIEL.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated May 13, 2003, judgment is entered in favor of defendants **JIM HAMLIN, BOB DOERR AND BARBARA COOKSEY** and against plaintiff, **AMILCAR GABRIEL** as to the negligence claims contained in Count III of plaintiff's Amended Complaint.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated January 23, 2004, judgment is entered in favor of defendant, **BARBARA COOKSEY**, and against plaintiff, **AMILCAR GABRIEL** on Count I.

**DATED** this 31st day of October, 2008.

**NORBERT G. JAWORSKI, CLERK**

**BY:** *s/Sandy Pannier*
**Deputy Clerk**

**APPROVED:**

*s/WILLIAM D. STIEHL*
**U. S. District Judge**